7TH JUDICIAL DISTRICT COURT
SIERRA COUNTY NM
FILED IN MY OFFICE
9/15/2016 11:12:03 AM
MARY MORA
DISTRICT COURT CLERK
/s/ Lindsey Huston   9/15/2016

# SUMMONS

| | |
|---|---|
| STATE OF NEW MEXICO<br>SIERRA COUNTY<br>SEVENTH JUDICIAL DISTRICT COURT<br>Court Address: 311 North Date St.<br>Truth or Consequences, NM 87901<br>Court Telephone No.: (575) 894-7167<br>Facsimile: (575) 894-7168 | Case Number: D-721-CV-2016-00074<br><br>Assigned Judge: Kevin R. Sweazea |
| Plaintiff(s): **WILLIAM WALKER, M.D.**<br><br>v.<br><br>Defendant(s): **EMERGENCY STAFFING SOLUTIONS, INC.** | Defendant Name:<br>**EMERGENCY STAFFING SOLUTIONS, INC.**<br>c/o National Corporate Research, Ltd.<br><br>Address:<br>1012 Marquez Place, Suite 106B<br>Santa Fe, NM 87505 |

**TO THE ABOVE NAMED DEFENDANT(S):** Take notice that

1. A lawsuit has been filed against you. A copy of the lawsuit is attached. The Court issued this Summons.
2. You must respond to this lawsuit in writing. You must file your written response with the Court no later than thirty (30) days from the date you are served with this Summons. (The date you are considered served with the Summons is determined by Rule 1-004 NMRA) The Court's address is listed above.
3. You must file (in person or by mail) your written response with the Court. When you file your response, you must give or mail a copy to the person who signed the lawsuit.
4. If you do not respond in writing, the Court may enter judgment against you as requested in the lawsuit.
5. You are entitled to a jury trial in most types of lawsuits. To ask for a jury trial, you must request one in writing and pay a jury fee.
6. If you need an interpreter, you must ask for one in writing.
7. You may wish to consult a lawyer. You may contact the State Bar of New Mexico for help finding a lawyer at www.nmbar.org; 1-800-876-6657; or 1-505-797-6066.

Dated at Albuquerque, New Mexico, this 2nd day of September, 2016.

Mary Mora
CLERK OF COURT

By: _____
Deputy



~~Attorney for Plaintiff or~~
~~Plaintiff pro se~~
~~Name:~~
~~Address: Telephone No.:~~
~~Fax No.:~~
~~Email Address:~~


Electronically Signed:

*/s/ Timothy Mortimer*

Signature of Attorney for Plaintiffs

Name: **Timothy Mortimer**
**Business Law Southwest LLC**
Address: **320 Gold Ave. SW, Suite 610**
**Albuquerque, NM 87105**
Telephone No.: **(505) 848-8581**
Fax No.: **(505) 848-8593**
Email Address: Timothy@BusinessLawSW.com

THIS SUMMONS IS ISSUED PURSUANT TO RULE 1-004 OF THE NEW MEXICO RULES OF CIVIL PROCEDURE FOR DISTRICT COURTS

### RETURN[1]

STATE OF NEW MEXICO )
                   )ss
COUNTY OF Bernalillo )

I, being duly sworn, on oath, state that I am over the age of eighteen (18) years and not a party to this lawsuit, and that I served this summons in Santa Fe county on the _9th_ day of _September_, 2014, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

**(check one box and fill in appropriate blanks)**

[ ] to the defendant _____ (*used when defendant accepts a copy of summons and complaint or refuses to accept the summons and complaint*)

[X] to the defendant by [mail] [courier service] as provided by Rule 1-004 NMRA (*used when service is by mail or commercial courier service*).

After attempting to serve the summons and complaint on the defendant by personal service or by mail or commercial courier service, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

[ ] to _____, a person over fifteen (15) years of age and residing at the usual place of abode of defendant _____, (*used when the defendant is not presently at place of abode*) and by mailing by first class mail to the defendant at _____ (*insert defendant's last known mailing address*) a copy of the summons and complaint.

[ ] to _____, the person apparently in charge at the actual place of business or employment of the defendant and by mailing by first class mail to the defendant at _____ (*insert defendant's business address*) and by mailing the summons and complaint by first class mail to the defendant at _____ (*insert defendant's last known mailing address*).

[ ] to _____, an agent authorized to receive service of process for

2

defendant _____.

[ ] to _____, [parent] [guardian] [custodian] [conservator] [guardian ad litem] of defendant _____ (*used when defendant is a minor or an incompetent person*).

[ ] to _____ (*name of person*), _____, (*title of person authorized to receive service. Use this alternative when the defendant is a corporation or an association subject to a suit under a common name, a land grant board of trustees, the State of New Mexico or any political subdivision*)

Fees: $50 ⁹⁴

_____
Signature of person making service

_Tiretta Lucero_
Title (*if any*)

Subscribed and sworn to before me this _15th_ day of _September, 2016_.²

_Alicia M. LaPado_
Judge, notary or other officer
authorized to administer oaths
_Notary_
Official title

OFFICIAL SEAL
Alicia M. LaPado
NOTARY PUBLIC
STATE OF NEW MEXICO
My Commission Expires: 5-9-17

USE NOTE

1. Unless otherwise ordered by the court, this return is not to be filed with the court prior to service of the summons and complaint on the defendant.
2. If service is made by the sheriff or a deputy sheriff of a New Mexico county, the signature of the sheriff or deputy sheriff need not be notarized.

[Adopted effective August 1, 1988; as amended by Supreme Court Order 05-8300-01, effective March 1, 2005; by Supreme Court Order 07-8300-16, effective August 1, 2007; by Supreme Court Order No. 12-8300-026, effective for all cases filed or pending on or after January 7, 2013.]