7TH JUDICIAL DISTRICT COURT
SIERRA COUNTY NM
FILED IN MY OFFICE
9/2/2016 8:55:10 AM
MARY MORA
DISTRICT COURT CLERK
/s/ Lindsey Huston    9/2/2016

STATE OF NEW MEXICO
COUNTY OF SIERRA
SEVENTH JUDICIAL DISTRICT COURT

WILLIAM WALKER, M.D.,

    Plaintiff,

v.                                                                  No. D-721-CV-2016-00074

EMERGENCY STAFFING SOLUTIONS, INC.,
a Texas corporation,

    Defendant.

## COURT ANNEXED ARBITRATION CERTIFICATION

Pursuant to LR2-603 (II)(B) NMRA, Plaintiff William Walker, M.D. ("Dr. Walker"), certifies that it is seeking relief in excess of twenty-five thousand dollars ($25,000) exclusive of punitive damages, interest, cost and attorney fees. Accordingly, this case is not referable to court-annexed arbitration.

    Submitted by:

    BUSINESS LAW SOUTHWEST, LLC

    *Electronically filed*
    */s/ Timothy R. Mortimer*

    Timothy R. Mortimer
    320 Gold Ave. SW, Ste. 610
    Albuquerque, NM 87102
    (505) 848-8581 (Voice)
    (505) 848-8593 (Facsimile)
    timothy@BusinessLawSW.com (E-mail)

    *Attorneys for Plaintiffs*