IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| WILLIAM WALKER, M.D., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 2:16-cv-1103 SMV/GBW |
| | § | |
| EMERGENCY STAFFING SOLUTIONS, INC. | § | |
| | § | |
| Defendant. | § | |

## **UNOPPOSED MOTION TO WITHDRAW AS COUNSEL OF RECORD**

Pursuant to D.N.M.LR-Civ. 83.8(a) Business Law Southwest, LLC (Timothy R. Mortimer), respectfully requests that the Court enter its Order permitting it to withdraw as counsel of record for Plaintiff William Walker, M.D. Dr. Walker intends to appear *pro se*. His contact information is as follows:

>Dr. William Walker
>1306 West 13th Street, Apt. 2
>Wilmington, DE 19806
>520-975-7083

Counsel for the Defendant does not object to this Motion.

WHEREFORE, Business Law Southwest, LLC, respectfully requests that the Court enter its Order permitting it to withdraw as counsel of record for Plaintiff.

BUSINESS LAW SOUTHWEST LLC

*Electronically Filed*
*/s/ Timothy R. Mortimer*

Timothy R. Mortimer
320 Gold Ave. SW, Suite 610
Albuquerque, NM 87102
(505) 848-8581
Fax: (505) 848-8593
timothy@businesslawsw.com  (e-mail)

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 21st day of June, 2017, I filed the foregoing electronically through the CM/ECF system which caused all parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

*/s/ Timothy R. Mortimer*
_____