**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

Before the Honorable Stephan M. Vidmar
United States Magistrate Judge

**Clerk's Minutes**

*Walker v. Emergency Staffing Solutions, Inc.*, 16-cv-1103 SMV/GBW

**September 18, 2017**

| | |
|---|---|
| **Attorney for Plaintiff:** | None |
| Others in Attendance: | William Walker (Plaintiff proceeding pro se) |
| **Attorney for Defendant:** | John M. Hafen |
| **Proceedings:** | Telephonic Status Conference |
| | Liberty - Picacho Courtroom |
| *Start Time:* | 2:30 p.m. |
| *Stop Time:* | 2:35 p.m. |
| **Total Time:** | 5 minutes |
| **Clerk:** | SRG |

**Notes:**
— Plaintiff and counsel for Defendant enter their appearances for the record.
— Dr. Walker and Mr. Hafen agree that that they would like to set a trial. Mr. Hafen notes that the parties have engaged in some settlement discussions, but they are presently at a standstill.
— Counsel agree to set a trial in Las Cruces beginning on April 23, 2018, and ending no later than April 26, 2018.
— There being nothing further, Court is in recess.